```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| BART PETERSON, et al., | CIVIL ACTION NO. 06-94 (MLC) |
| Plaintiffs, | **MEMORANDUM OPINION** |
| v. |  |
| ALL PRO IMPORTS, INC., a Florida Company, a/k/a All Pro Imports, |  |
| Defendant. |  |

**THE COURT** having ordered the parties to show cause why the complaint should not be dismissed for lack of jurisdiction under 28 U.S.C. § ("Section") 1332 (dkt. entry no. 2); and the plaintiffs, in response, withdrawing the action without prejudice (dkt. entry no. 3); and thus the Court intending to (1) vacate the order to show cause, and (2) dismiss the complaint without prejudice; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                                     s/ Mary L. Cooper
                                                     **MARY L. COOPER**
                                                     United States District Judge